U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 OCT 11 P 3: 44

DEPUTY CLERK

## UNITED STATES DISTRICT COURT OF MAINE
### 156 Federal Street, Portland, Maine 04101

| | | |
|---|---|---|
| **Renaldo J. Aspiras** | : | |
| Plaintiff | : | |
| | : | Civil Action No _____ |
| v. | : | |
| | : | |
| **Louis DeJoy** | : | |
| **United States Postmaster General** | : | Jury Demand |
| **United States Postal Service** | : | |
| Defendant, | | |

## COMPLAINT

### PRELIMINARY STATEMENT

This is an employment-related action for violations of the Plaintiff's civil rights and other rights under the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e et seq (Title VII), Rehabilitation Act of 1973 29 U.S.C. § 701 et seq, as amended, and the Privacy Act of 1974, as amended, 5 U.S.C. § 552a. The Plaintiff was discriminated against due to his anxiety disorder, denied reasonable accommodation to return to work in timely manner. He also suffered Privacy Act multiple violations by his supervisor sharing his medical information with various individuals not authorized to know said information.

1

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e et seq (Title VII), Rehabilitation Act of 1973 29 U.S.C. § 701 et seq, as amended, and the Privacy Act of 1974, as amended, 5 U.S.C. § 552.a.

2. The unlawful employment practices alleged below were committed and/or executed by management and/or supervisory employees of the United States Postal Service (USPS) at various Maine locations including but not limited to the Portland, ME Post Office. These claims arose during the course of the Plaintiff's employment while working as a Maintenance Mechanic at the Portland, Maine Post Office beginning of June 7, 2021. These unlawful employment practices occurred in Maine and the proper venue lies in the United States District Court of Maine.

## PARTIES

3. The pro se Plaintiff Renaldo J. Aspiras has a mailing address of 11 Bonnybriar Road, South Portland, ME 04106, phone number (207) 749-5068 and email address of ranman4u2001@aol.com.

4. The Plaintiff started Postal employment at the Portland, Maine Postal installation on or about September 12, 1998 as a Mailhandler. At all times relevant to this complaint he is a Maintenance Mechanic primarily assigned to change and maintain customer locks in six areas proximate to Portland, Maine.

5. The Defendant, Louis DeJoy is USPS Postmaster General at 475 L'Enfant Plaza, SW, Washington, D.C. 20260.

6. Supervisor Michael McMann was the Plaintiff's immediate supervisor on June 7, 2021 when he spoke with the Plaintiff resulting in the Plaintiff leaving work due to an anxiety reaction to the conduct of Mr. McMann.

7. The United States Postal Service engages in interstate commerce and is subject to all statutes alleged to be violated in this Complaint.

## STATEMENT OF FACTS

8. The Plaintiff has for on or about 16 years been doing the same job changing locks for customers at the Portland, Maine Post Office and also serving as the Union Steward for Maintenance workers at the Portland, Maine Post Office.
9. On June 7, 2021 the Plaintiff interacted with his supervisor requesting leave. McMann and the Plaintiff had a phone conversation in which the Plaintiff alerted McMann that he need sick leave because of severe anxiety related to the Plaintiff's father recently passing and his funeral June 5, 2021.
10. This conversation led to McMann making negative and hostile comments to the Plaintiff concerning the settlement of the Plaintiff father's estate.
11. The stress of this phone call resulted in the Plaintiff being put on medical leave from work by his physician.
12. Subsequent to this conversation McMann made disclosures in violation of the Privacy Act to unauthorized people about Plaintiff's medical condition. Specifically to the Plaintiff's estranged sister Terisita Feeley and Plaintiff's brother in law Michael Feeley. This greatly aggravated the anxiety suffered by the Plaintiff.
13. On July 7, 2021 Plaintiff through his attorney Robyn March started the informal EEO process to get a reasonable accommodation to return to work not supervised by McMann. On July 15, 2021 the APWU Union received a written denial on

their grievance requesting relief for the Plaintiff.

14. On October 14, 2021 a formal EEO complaint was filed by the Plaintiff's attorney Robyn March on the conduct of supervisor McMann and lack of reasonable accommodation for the Plaintiff.

15. USPS District of Northern New England District Reasonable Accommodation Committee (DRAC) responding to a referral by Portland Post Office Officer in Charge James Fitzsimmons on September 15, 2021 to accommodate the Plaintiff issued on October 22, 2021 a decision to give some accommodations to the Plaintiff reducing interactions with McMann.

16. On or about Monday, November 1, 2021 the Plaintiff returned to work with little contact ongoing with Supervisor McMann.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

17. On July 18, 2022 Plaintiff received the Final Agency Decision on his EEO administrative complaint allowing ninety days from his receipt to file this lawsuit in United States District Court.

## REMEDIES AND RELIEF

18. Plaintiff seeks appropriate remedies, pecuniary and non-pecuniary, including lost wages and benefits including lost leave from on or about June 9, 2021 to October 31, 2021. Compensatory damages not to exceed Three Hundred Thousand dollars ($300,000.00) as determined by a jury. Out of pocket medical expenses incurred by the Postal Service's discriminatory actions and violations of the Privacy Act.

Such other relief as the Court determines just and proper.

## JURY DEMAND

The Plaintiff respectfully demands trial by jury.

    WHEREFORE, The Plaintiff respectfully requests that the Court enter judgement in his favor and against the Defendant.

    Respectfully Submitted,

Date October 11, 2022

*Renaldo J Aspiras*

Renaldo J. Aspiras, Pro se
11 Bonnybriar Road
South Portland, ME 04106
phone (207) 749-5068
email ranman4u2001@aol.com